# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODFOREST FINANCIAL GROUP, INC., WOODFOREST FINANCIAL SERVICES, INC., and WOODFOREST NATIONAL BANK, <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1059-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to an agreement entered by Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendants WoodForest Financial Group, Inc., WoodForest Financial Services, Inc., and Woodforest National Bank (collectively "WoodForest"), Textile and WoodForest jointly move to dismiss with prejudice all claims and counterclaims made against each other in this action. Textile and WoodForest agree that each party shall bear its own attorneys' fees and costs and that the Court shall retain jurisdiction for purposes of enforcing their agreement. A proposed order is attached.

Dated: August 25, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886

zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
C. Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*


**FISH & RICHARDSON P.C.**

/s/ *Noel F. Chakkalakal*
Neil J. McNabnay
Texas Bar No. 24002583
David B. Conrad
Texas Bar No. 24049042
Noel F. Chakkalakal
Texas Bar No. 24053676

1717 Main Street, Suite 5000

2

Dallas, Texas 75201
mcnabnay@fr.com
conrad@fr.com
chakkalakal@fr.com

***Attorneys for Defendants
WOODFOREST FINANCIAL GROUP,
INC., WOODFOREST FINANCIAL
SERVICES, INC., and WOODFOREST
NATIONAL BANK***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Matthew J. Antonelli*
                                                Matthew J. Antonelli